UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    -against-

RONALD PETTUS,

        Defendant.

- - - - - - - - - - - - - - - -X

ORDER

05 CR 344 (ARR)

It is hereby ORDERED that the United States be provided with a transcript of the defendant RONALD PETTUS's plea, which was taken on May 6, 2005. The defendant's plea shall remain under seal, however, the United States may disseminate the transcript as necessary to satisfy its obligations pursuant to 18 U.S.C. § 3500.

Dated:   Brooklyn, New York
       July 12, 2005

                                 SO ORDERED:

                                 THE HONORABLE ALLYNE R. ROSS
                                 United States District Judge
                                 Eastern District of New York